*Petitioner's Motion to voluntarily dismiss habeas petition is granted, and the case is dismissed.*
**IT IS SO ORDERED.**
s/*David A. Ruiz*
U.S. District Judge
3/11/2026

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MILITZA ANAIS SANCHEZ, | ) |
| Petitioner, | ) |
| | ) CASE NO. 3:26-cv-00250-DAR |
| -vs- | ) |
| | ) MAGISTRATE JUDGE: GRIMES |
| WILLIAM J. CUNNINGHAM, et al. | ) |
| Respondents. | ) |

## MOTION TO VOLUNTARILY DISMISS HABEAS PETITION

Now comes, Petitioner, Militza Anais Sanchez, by and through counsel and respectfully requests that the Court dismiss the habeas corpus petition in this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Petitioner no longer wishes to pursue this action.

Respectfully Submitted,

/s/Jay G. Perez
Jay G. Perez (0067619)
Attorney for Petitioner
400 Metro Place N, Ste 370
Dublin, Ohio 43017
Phone: 614-515-4950
Cell: 614-323-7811
Fax: 614-386-1998
Email: Jay@JayPerezLaw.com

## CERTIFICATE OF SERVICE

I, hereby certify that a true and accurate copy of the foregoing was filed with the United States District Court, Northern District of Ohio, via EFC on this the 11th day of March 2026.

/s/Jay G. Perez
Jay G. Perez (0067619)